**Jonathan D. Ballard, OSB No. 230240**
jonathan@foxballard.com
**Ross C. Taylor, OSB No. 227035**
ross@foxballard.com
FOX BALLARD PLLC
1325 Fourth Avenue, Suite 1500
Seattle, WA 98101
Telephone: 206.800.2727
Fax: 206.800.2728

*Attorneys for Defendants Wellpath LLC, Correct Care Solutions LLC, Mary Gabriele MD, Brittani Standing RN, and Elinda Gardner RN*

Honorable Ann L. Aiken

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PERRY STILLWELL,<br><br>       Plaintiff,<br><br>    v.<br><br>LANE COUNTY, et al,<br><br>       Defendants. | Case No. 6:25-cv-00360-AA |

## I.    LR 7-1 CERTIFICATION

Pursuant to Local Rule 7-1, undersigned counsel attempted to confer with opposing counsel, and also provided substantive information about the basis for the motion. The parties were unable to reach accord on the subject of dismissal.

//

//

//

//

DEFENDANTS WELLPATH LLC, CORRECT CARE SOLUTIONS LLC, MARY GABRIELE MD, BRITTANI STANDING RN, AND ELINDA GARDNER RN'S MOTION TO DISMISS - 1



FoxBallard PLLC
1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
1102 Broadway, Suite 501 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com

## II.    MOTION TO DISMISS

Defendants Wellpath LLC, Correct Care Solutions LLC,[1] Mary Gabriele MD, Brittani Standing RN, and Elinda Gardner RN ("Wellpath Defendants")—by and through their attorneys, Jonathan D. Ballard and Ross C. Taylor of Fox Ballard PLLC—move for dismissal in this case based on the release of claims pursuant to the Plan[2] confirmed by the United States Bankruptcy Court for the Southern District of Texas, Houston, Texas (the "Bankruptcy Court"). The Plaintiff did not elect to opt out of the Plan's Third-Party Release. Therefore, pursuant to the Plan and Confirmation Order, Plaintiff is now enjoined from pursuing his claims against the Wellpath Defendants.

## III.    MEMORANDUM IN SUPPORT

On November 11, 2024 (the "Petition Date"), the Debtors, who include Wellpath Holdings, Inc. and its affiliated companies, each filed petitions in the Bankruptcy Court under chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Cases"). The Bankruptcy Cases were jointly administered under case number 24-90533 in the Southern District of Texas.

On January 28, 2025, Plaintiff commenced this action by filing a Complaint in the Circuit Court of the State of Oregon for the County of Lane, asserting a claim against the Wellpath

---

[1] Plaintiff's Third Amended Complaint identifies the Wellpath Liquidating Trust as a new Defendant, however there is no proof of service on file for this new Defendant. Although undersigned counsel does not represent the Trust, the bases for dismissal apply equally.

[2] *First Amended Joint Chapter 11 Plan of Reorganization of Wellpath Holdings, Inc. and Certain of its Debtor Affiliates (with Technical Modifications)* (as modified, amended, or supplemented from time to time, the "Plan"), a copy of which is attached as Exhibit A to the *Findings of Fact, Conclusions of Law, and Order (I) Confirming the First Amended Joint Chapter 11 Plan of Reorganization of Wellpath Holdings, Inc. and Certain of its Debtor Affiliates and (II) Approving the Disclosure Statement on a Final Basis* [Docket No. 2596] (the "Confirmation Order"), attached hereto as **Exhibit A**. Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Confirmation Order or the Plan, as applicable.

DEFENDANTS WELLPATH LLC, CORRECT CARE SOLUTIONS LLC, MARY GABRIELE MD, BRITTANI STANDING RN, AND ELINDA GARDNER RN'S MOTION TO DISMISS - 2



FoxBallard PLLC
1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
1102 Broadway, Suite 501 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com

Defendants relating to the February 8, 2023 death of Barbara Stillwell. The matter was subsequently removed to this Court.[3]

On March 3, 2025, Wellpath, LLC filed a Suggestion of Bankruptcy and Notice of Stay on this docket.

The Bankruptcy Court entered the Confirmation Order on May 1, 2025. On May 9, 2025 (the "Effective Date"), the Debtors filed the *Notice of (I) Entry of Confirmation Order, (II) Occurrence of Effective Date, and (III) Administrative Claims Bar Date* [ECF No. 2680, Case No. 24-90533] giving notice that the Plan was effective. Pursuant to the Plan and Confirmation Order, all Claims and Causes of Action against Wellpath Holdings, Inc. and its affiliated debtors (the "Debtors") are discharged and holders of such Claims and Causes of Action are permanently enjoined from, among other things, commencing or continuing any proceeding of any kind, including the instant proceeding, in connection with such claims, or enforcing recovery from the Debtors, the Debtors' estates, or the Post-Restructuring Debtors. *See* 11 U.S.C. § 524 (a) ("A discharge in a case under this title . . . (2) operates as an injunction against the commencement or continuation of an action, the employment of process, or an act, to collect, recover or offset any such debt as a personal liability of the debtor. . . .").

Pursuant to Article IX.A. of the Plan, all Claims and Causes of Action against the Debtors are discharged as a result of the Plan becoming effective. The Plan states in relevant part:

> the distributions, rights, and treatment that are provided in the Plan shall be in complete satisfaction, discharge, and release, effective as of the Effective Date, of Claims, Interests, and Causes of Action of any nature whatsoever, including any interest accrued on Claims or Interests from and after the Petition Date, whether known or unknown, against, liabilities of, liens on, obligations of, rights

---

[3] ECF 1.

DEFENDANTS WELLPATH LLC, CORRECT CARE SOLUTIONS LLC, MARY GABRIELE MD, BRITTANI STANDING RN, AND ELINDA GARDNER RN'S MOTION TO DISMISS - 3



FoxBallard PLLC
1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
1102 Broadway, Suite 501 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com

> against, and Interests in the Debtors or any of their assets or properties. . . .

Plan, Article IX.A.

> Pursuant to Article IX.D of the Plan,
>
>> each of the Releasing Parties shall be deemed to have conclusively, absolutely, unconditionally, irrevocably, and forever, released and discharged each Released Party from any and all claims, interests, damages, remedies, causes of action, demands, rights, debts, actions, suits, obligations, liabilities, accounts, defenses, offsets, powers, privileges, licenses, liens, indemnities, guaranties, and franchises of any kind or character whatsoever, whether known or unknown, foreseen or unforeseen, existing or hereinafter existing, contingent or non-contingent, liquidated or unliquidated, secured or unsecured, asserted or assertable, direct or derivative, matured or unmatured, suspected or unsuspected, in contract, tort, law, equity, or otherwise, including any derivative claims, asserted or assertable on behalf of any of the Releasing Parties or their Estates, that such entity would have been legally entitled to assert (whether individually or collectively), based on or relating to, or in any manner arising from…the assertion or enforcement of rights or remedies against the Debtors…or any other act or omission…or other occurrence taking place on or before the Effective Date. . . .

Article I.A.177 of the Plan provides that: "'**Released Parties**' means…each Debtor [and] the Related Parties of [each Debtor]." (emphasis added). Article I.A.175 of the Plan provides: "'**Related Party**'…means with respect to any Entity, such Entity's . . . **employees** . . . acting in such capacity whether current or former." (emphasis added).

> Article I.A.178 of the Plan provides:
>
>> "*Releasing Parties*" means…(l) each Holder of a Claim that is or was an incarcerated individual that does not affirmatively elect to opt out of being a Releasing Party by delivering such election (by checking the appropriate box on such incarcerated individual's Ballot, or by another means of written communication, to indicate that such incarcerated individual elects to opt out of the Plan's release provisions) to the Debtors, the Claims and Solicitation Agent, or the Bankruptcy Court by no later than 90 days after the Confirmation Date. . . .

DEFENDANTS WELLPATH LLC, CORRECT CARE SOLUTIONS LLC, MARY GABRIELE MD, BRITTANI STANDING RN, AND ELINDA GARDNER RN'S MOTION TO DISMISS - 4



FoxBallard PLLC
1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
1102 Broadway, Suite 501 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com

Pursuant to Article IX.F of the Plan, holders of Claims and Causes of Action that are discharged or released, and who do not opt out of the Third-Party Release, are permanently enjoined from, among other things:

> (1) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such [discharged] claims or interests; (2) enforcing, attaching, collecting, or recovering by any manner or means any judgment, award, decree, or order against such Entities on account of or in connection with or with respect to any such claims or interests; (3) creating, perfecting, or enforcing any encumbrance of any kind against such Entities or the property or the estates of such Entities on account of or in connection with or with respect to any such claims or interests; (4) asserting any right of setoff, subrogation, or recoupment of any kind against any obligation due from such Entities or against the property of such Entities on account of or in connection with or with respect to any such claims or interests unless such Holder has Filed a motion requesting the right to perform such setoff on or before the Effective Date, and notwithstanding an indication of a claim or interest or otherwise that such Holder asserts, has, or intends to preserve any right of setoff pursuant to applicable law or otherwise; and (5) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such claims or interests released or settled pursuant to the Plan. . . .

Plan, Article IX.F.

Therefore, any current and former employee of a Debtor, to the extent such employee is named in his or her capacity as an employee, is a Released Party with respect to any Plaintiff who does not opt out of the Third-Party Release.

Moreover, pursuant to Article IX.F. of the Plan, any holders of Claims or Causes of Action against the Released Parties subject to the Third-Party Release who did not affirmatively opt out of the Third-Party Release (the "Enjoined Parties") are permanently enjoined from taking any action, including the commencement, further prosecution of, or collection efforts, against the Released Parties, including non-Debtor Defendants (the "Injunction").

DEFENDANTS WELLPATH LLC, CORRECT CARE SOLUTIONS LLC, MARY GABRIELE MD, BRITTANI STANDING RN, AND ELINDA GARDNER RN'S MOTION TO DISMISS - 5



FoxBallard PLLC
1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
1102 Broadway, Suite 501 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com

The deadline to opt out has expired and Plaintiff has not opted out of the Third-Party Release. Plaintiff is therefore a Releasing Party as that term is used in the Confirmation Order and Plan and has released his claims against all Released Parties, including Wellpath and against any of its current or former employees. Plaintiff is therefore also an Enjoined Party as that term is defined herein.

For the same reasons, as current/former employees of Wellpath, Defendants Mary Gabriele MD, Brittani Standing RN, and Elinda Gardner RN are Released Parties as that term is used in the Plan and the Confirmation Order. Therefore, Plaintiff may not maintain this action against Defendants Mary Gabriele MD, Brittani Standing RN, and Elinda Gardner RN, and this matter must be dismissed.

Accordingly, the Wellpath Defendants respectfully request that this Court enter an Order dismissing all claims in this case asserted against them.

## IV.     CERTIFICATE OF COMPLIANCE

This brief complies with the applicable word-count limitation under LR 7-2(b), 26-3(b), 54-1(c), or 54-3(e) because it contains 1,541 words, including headings, footnotes, and quotations, but excluding the caption, table of contents, table of cases and authorities, signature block, exhibits, and any certificates of counsel.

DATED this Friday, August 8, 2025.

        FOX BALLARD PLLC

        By: _____
        Jonathan D. Ballard, OSB No. 230240
        Ross C. Taylor, OSB No. 227035
        Attorneys for Defendants Wellpath LLC, Correct Care Solutions LLC, Mary Gabriele MD, Brittani Standing RN, and Elinda Gardner RN

DEFENDANTS WELLPATH LLC, CORRECT CARE SOLUTIONS LLC, MARY GABRIELE MD, BRITTANI STANDING RN, AND ELINDA GARDNER RN'S MOTION TO DISMISS - 6

FoxBallard PLLC
1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
1102 Broadway, Suite 501 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com

## DECLARATION OF SERVICE

I hereby declare under penalty of perjury under the laws of the State of Washington that I caused a true and correct copy of the foregoing **DEFENDANTS WELLPATH LLC, CORRECT CARE SOLUTIONS LLC, MARY GABRIELE MD, BRITTANI STANDING RN, AND ELINDA GARDNER RN'S MOTION TO DISMISS** to be served via the methods below on this Friday, August 8, 2025, on the following counsel/parties of record:

| | |
|---|---|
| Louren Oliveros, OSB No. 155386<br>Oliveros Law, PLLC<br>50 Charles Lindbergh Blvd<br>Ste 205 - 11553<br>Uniondale, NY 11553<br>516-310-4954<br><br>***Attorney for Plaintiff*** | ☐ via U.S. Mail, first class, postage<br>☐ via Legal Messenger Hand Delivery<br>☐ via Facsimile<br>☒ via E-Service<br>☐ via E-mail:<br>oliveros@trialwarrior.net |
| Mallory R. Beebe, OSB No. 115138<br>Lane County Office of Legal Counsel<br>125 East 8th Ave<br>Eugene, OR 97401<br>541-682-3768<br><br>***Attorney for Defendants Lane County, Cliff Harold, Carl Wilkerson, Greg Rice, Wayne Moore, Jason Dummer, Grant Putnam, Sgt. Greta Olson, and Sgt. Michael McBride*** | ☐ via U.S. Mail, first class, postage<br>☐ via Legal Messenger Hand Delivery<br>☐ via Facsimile<br>☒ via E-Service<br>☐ via E-mail:<br>mallory.beebe@lanecountyor.gov |

Signed at Seattle, WA, on this Friday, August 8, 2025.

*Eric Hufnagel*

Eric Hufnagel, Legal Secretary
FOX BALLARD PLLC
1325 Fourth Avenue, Suite 1500
Seattle, WA 98101
Main: (206) 800-2727
Fax: (206) 800-2728
eric@foxballard.com

DEFENDANTS WELLPATH LLC, CORRECT CARE SOLUTIONS LLC, MARY GABRIELE MD, BRITTANI STANDING RN, AND ELINDA GARDNER RN'S MOTION TO DISMISS - 7

FoxBallard PLLC
1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
1102 Broadway, Suite 501 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com